UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLYDE LEWIS,

    Plaintiff,

v.

DANIEL OMLER, et al.,

    Defendants.

Case No.: 2:24-cv-01531-RFB-DJA

**ORDER**

On August 20, 2024, pro se plaintiff Clyde Lewis, an inmate in the custody of the Nevada Department of Corrections, submitted a civil-rights complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). Plaintiff's IFP application is incomplete because he failed to include an inmate trust fund account statement for the previous six-month period with it. *See* ECF No. 1. The Court will grant Plaintiff an extension of time to either complete his IFP application by filing his missing account statement or pay the full $405 filing fee.

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not

relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

I.  **CONCLUSION**

It is therefore ordered that Plaintiff has **until October 25, 2024**, to either pay the full $405 filing fee or complete his application to proceed *in forma pauperis* by filing with the Court his inmate trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to send Plaintiff Clyde Lewis the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS 26th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE