UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLYDE LEWIS,

Plaintiff,

v.

DANIEL OMLER, *et al.*,

Defendants.

Case No. 2:24-cv-01531-RFB-DJA

ORDER

On May 21, 2026, the Court stayed the case for 90 days to allow the parties an opportunity to settle their dispute before the Court determines whether to grant Plaintiff's application to proceed *in forma pauperis*, the filing fee is paid, an answer is filed, or the discovery process begins. (ECF No. 17 at 8). The screening order explicitly stated that "until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties will not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so." (*Id.*) The Court scheduled the Inmate Early Mediation Conference for July 17, 2026. (ECF No. 19).

On June 16, 2026, Plaintiff filed a document entitled "third amended complaint" which appears to modify the previously filed and screened third amended complaint. (*Compare* ECF No. 20, *with* ECF No. 16). Because Plaintiff filed this "second" third amended complaint in violation of the stay, the Court will strike the filing as improperly filed.

///

///

///

IT IS THEREFORE ORDERED that the "second" third amended complaint (ECF No. 20) is struck from the docket as improperly filed in violation of the stay.

DATED: June 18, 2026.

_____
UNITED STATES MAGISTRATE JUDGE